**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| J PAUL ROOFING & § | |
| CONSTRUCTION INC § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 25-33290 |

### ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4 FOR DESIGNATION OF LOCAL COUNSEL
### (Docket No. 15)

UPON CONSIDERATION of the Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel ("Motion") filed by J Paul Roofing & Construction Inc ("Debtor") and its counsel, The Lane Law Firm, PLLC, after deliberation, the Court finds that good and sufficient cause exists to grant the relief requested in the Motion; it is therefore,

ORDERED that the Motion and all relief requested therein is GRANTED as provided herein; and it is further

ORDERED that the requirements of Local Bankruptcy Rule 2090-4 are hereby waived in their entirety as to The Lane Law Firm, PLLC.

### End of Order ###

Order submitted by:

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR